**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Frieda Zeidel
                              Plaintiff,

v.                                                          Case No.: 1:18−cv−06792
                                                               Honorable John Z. Lee

National Gas & Electric, LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 24, 2019:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 7/24/19. The parties report that they have settled the case. This case is dismissed without prejudice; the dismissal will become with prejudice in 14 days with each side to bear its own fees and costs. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.